# EXHIBIT A

# EXHIBIT A-1

**HCDistrictclerk.com**     SOLOMON, LIZZIE MAE (INDIVIDUALLY AND AS vs.          8/13/2015
                            LINCOLN NATIONAL CORPORATION (DBA LINCOL
                            Cause: 201533830        CDI: 7      Court: 334

**APPEALS**
No Appeals found.

**COST STATMENTS**
No Cost Statments found.

**TRANSFERS**
No Transfers found.

**POST TRIAL WRITS**
No Post Trial Writs found.

**ABSTRACTS**
No Abstracts found.

**SETTINGS**
No Settings found.

**NOTICES**
No Notices found.

**SUMMARY**

CASE DETAILS                                     COURT DETAILS

| | | | |
|---|---|---|---|
| **File Date** | 6/11/2015 | **Court** | 334th |
| **Case (Cause) Location** | Civil Intake 1st Floor | **Address** | 201 CAROLINE (Floor: 15) |
| **Case (Cause) Status** | Active - Civil | | HOUSTON, TX 77002 |
| **Case (Cause) Type** | Debt/Contract - Consumer/DTPA | | Phone:7133686500 |
| **Next/Last Setting Date** | N/A | **JudgeName** | GRANT DORFMAN |
| **Jury Fee Paid Date** | N/A | **Court Type** | Civil |

**ACTIVE PARTIES**

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| SOLOMON, LIZZIE MAE (INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE | PLAINTIFF - CIVIL | | JOHNSON, MICHEAL ANTHONY |
| 540 HEIGHTS BLVD., HOUSTON, TX 77007 | | | |
| LINCOLN NATIONAL CORPORATION (DBA LINCOLN NATIONAL INSURANCE COMPANY) | DEFENDANT - CIVIL | | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY | DEFENDANT - CIVIL | | |
| ESTATE OF CRAIG AVERY CARROLL (DECEASED) | PLAINTIFF - CIVIL | | JOHNSON, MICHEAL ANTHONY |

LINCOLN NATIONAL CORPORATION (DBA          REGISTERED AGENT
LINCOLN NATIONAL INSURANCE COMPANY)

    1300 S CLINTON STREET, FORT WAYNE, IN 46801

LINCOLN NATIONAL LIFE INSURANCE          REGISTERED AGENT
COMPANY BY SERVING THE TEXAS SECRETARY

    8801 INDIAN HILLS DRIVE, OMAHA, NE 68118-4066

## INACTIVE PARTIES

No inactive parties found.

## JUDGMENT/EVENTS

| Date | Description | Order Signed | Post Jdgm | Pgs | Volume /Page | Filing Attorney | Person Filing |
|------|-------------|--------------|-----------|-----|--------------|-----------------|---------------|
| 6/11/2015 | ORIGINAL PETITION | | | 0 | | JOHNSON, MICHEAL ANTHONY | SOLOMON, LIZZIE MAE (INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE |
| 6/11/2015 | ORIGINAL PETITION | | | 0 | | JOHNSON, MICHEAL ANTHONY | ESTATE OF CRAIG AVERY CARROLL (DECEASED) |

## SERVICES

| Type | Status | Instrument | Person | Requested | Issued | Served | Returned | Received | Tracking | Deliver To |
|------|--------|-----------|--------|-----------|--------|--------|----------|----------|----------|-----------|
| CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | LINCOLN NATIONAL CORPORATION (DBA LINCOLN NATIONAL INSURANCE COMPANY) | 6/12/2015 | 6/17/2015 | 7/17/2015 | 7/30/2015 | | 73141012 | CIV AGCY-CIVILIAN SERVICE AGENCY |
| | | 1300 S CLINTON STREET FORT WAYNE IN 46801 | | | | | | | | |
| CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT | SERVICE RETURN/EXECUTED | ORIGINAL PETITION | LINCOLN NATIONAL LIFE INSURANCE COMPANY BY SERVING THE TEXAS SECRETARY | 6/12/2015 | 6/17/2015 | 7/17/2015 | 7/30/2015 | | 73141014 | CIV AGCY-CIVILIAN SERVICE AGENCY |

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|--------|----------|-----------|------|-----|
| 66427695 | Citation-Lincoln National Corportation | | 07/30/2015 | 2 |
| 66427696 | RETURN OF SERVICE- LINCOLN NATIONAL LIFE INSURANCE COMPANY | | 07/30/2015 | 2 |
| 65799001 | Plaintiffs' Original Petition | | 06/11/2015 | 6 |
| -> 65799003 | Civil Case Information Sheet | | 06/11/2015 | 1 |
| -> 65799004 | Civil Process Request | | 06/11/2015 | 2 |
| -> 65799002 | Exhibit A | | 06/11/2015 | 3 |

**GZJKDKV'C/4"**

6/12/2015 10:12:17 AM
Chris Daniel - District Clerk Harris County
Envelope No. 5651606
By: Nelson Cuero
Filed: 6/11/2015 9:20:25 PM

CAUSE NO: _____

| | |
|---|---|
| LIZZIE MAE SOLOMON, **Individually**<br>and as Representative of the ESTATE of<br>CRAIG AVERY CARROLL,<br>DECEASED<br><br>vs.<br><br>LINCOLN NATIONAL<br>CORPORATION d/b/a LINCOLN<br>NATIONAL LIFE INSURANCE<br>COMPANY  and LINCOLN<br>NATIONAL LIFE INSURANCE<br>COMPANY | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

IN THE CIVIL DISTRICT COURT

OF HARRIS COUNTY, T E X A S

_____ JUDICIAL DISTRICT

## PLAINTIFFS' ORIGINAL  PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COME, **LIZZIE MAE SOLOMON**, Individually and as Representative of the **ESTATE of CRAIG AVERY CARROLL, DECEASED,** Plaintiffs ,and respectfully file this Original Petition, complaining of **LINCOLN NATIONAL CORPORATION d/b/a LINCOLN NATIONAL INSURANCE COMPANY** (Lincoln Corp) and **LINCOLN NATIONAL INSURANCE COMPANY** (Lincoln National), Defendants, and would show the following:

**I.**

### NATURE OF THE CASE

**CRAIG AVERY CARROLL** was employed by Memorial Hermann Healthcare System, and had a life insurance policy through his job with Lincoln National Life Insurance Company. Mr. Carroll died on March 7, 2011.  On April 11, 2011, Plaintiff, **Lizzie Mae Solomon**, Mr. Carroll's mother in law, timely  applied for benefits under the policy with Defendants **Lincoln Corp. And Lincoln National**. See attached Exhibit A, which is incorporated by reference as if set out verbatim. On June 11, 2011, Defendants **Lincoln Corp. And/or Lincoln National** denied Plaintiff's claim for allegedly not providing additional information regarding Decedent's health at the time of his death.  Despite subsequent inquiries by Plaintiff, Defendants **Lincoln Corp and/or Lincoln National** never informed Plaintiff as to the reasons it needed the additional information.  This is a suit to recover damages arising from Defendants' unfair refusal to pay death benefits as represented by their  life insurance policy Plaintiff's son-in-law was paying for.   Plaintiff is a third party beneficiary of the contract between her

son-in law and the Defendants, has standing to bring this claim, and seeks relief under the common law, the Texas Deceptive Trade Practices-Consumer Protection Act, the Texas Insurance Code, as well as for damages under a breach of contract theory.

## II.
## DISCOVERY CONTROL PLAN

Pursuant to Rule 190.1, Texas Rules of Civil Procedure as promulgated by the Texas Supreme Court as effective January 1999, this cause shall be conducted under Level II Discovery Control Plan.

## III.
## PARTIES

Plaintiff, **Lizzie Mae Solomon**, individually and as representative of the Estate of Craig Avery Carroll, Deceased, is an individual residing in Houston, Harris County, Texas.

Defendant, **Lincoln National Corporation d/b/a/ Lincoln National Life Insurance Company**, located at 1300 S. Clinton Street, Fort Wayne, Indiana 46801, is a corporation doing business in the state of Texas, may be served with service of process by serving its registered agent, Secretary of State, Service of Process, P.O. Box 12079, Austin, Texas 78711-2079.

Defendant **Lincoln National Life Insurance Company**, located 8801 Indian Hills Drive, Omaha, Nebraska 68114-4066, is a corporation doing business in the state of Texas, may be served with service of process by serving its registered agent, Secretary of State, Service of Process, P.O. Box 12079, Austin, Texas 78711-2079.

## IV.
## VENUE

Venue is proper in Harris County pursuant to Tex. Civ. Prac. & Rem. Code Ann. §§ 15.001 and 15.036, and pursuant to Tex. Bus. & Com. Code Ann. § 17.56, because the cause of action accrued in Harris County, Texas

## V.
## CONDITIONS PRECEDENT

All conditions precedent to recovery have been performed or have occurred.  If a condition precedent has not been met, then Plaintiff agrees to abate the proceedings until such time as the condition is met.

## VI.

## FIRST CAUSE OF ACTION:
## BREACH OF CONTRACT

Defendants **Lincoln Corp.  and Lincoln National**, jointly and/or severally,  breached the insurance contract by refusing to provide death benefits to Plaintiff, resulting in damages to Plaintiff. Ms. Solomon, the beneficiary,  fully performed all of her obligations under the contract.  Ms. Solomon had to borrow money to bury her son-in-law because of Defendants' refusal to pay the benefits under the policy.  The insurance policy's premium payments were taken directly out of the deceased's payroll check every pya period.  Thus, the deceased did all that was required of him to create a binding and enforceable contract for life insurance death benefits with the Defendants. Defendants refused to honor that contract by paying the death benefits to Plaintiff, creates a breach of contract cause of action for Plaintff.

## VII.

## SECOND CAUSE OF ACTION:
## VIOLATIONS OF  DECEPTIVE TRADE PRACTICES ACT

Defendants **Lincoln Corp.  and Lincoln National**, jointly and/or severally, are guilty of false, misleading, and deceptive acts and practices prohibited by Deceptive Trade Practices Act (DTPA).  These practices have been producing causes of Plaintiff's actual damages. Specifically, Defendant, through its agent, Memorial Herman Hospital Healthcare System, advertised the life insurance death benefits  Plaintiff in such a manner that Defendants fully intended for Craig Avery Carroll, the decedent,  to purchase the insurance death befits.  Craig Avery Carroll did purchase the life insurance death benefits.  However, Defendants, jointly and/or severally,  failed and refused to honor said contract.    Defendants conduct violates

3

Section 17.46(b)(23) of the Texas Business and Commerce Code, more commonly known as the Deceptive Trade Practices Act.   Defendant's conduct is also an unconscionable act as that term is defined under Section 17.50(a)(3).

## VIII.
## THIRD CAUSE OF ACTION:
## UNFAIR INSURANCE PRACTICES

Defendants, **Lincoln Corp. and Lincoln National**, jointly and/or severally, are guilty of unfair insurance practices in violation of article 21.21 of the Texas Insurance Code, and the statutes, rules, and regulations incorporated by that provision. These unfair practices have been producing causes of Plaintiff's actual damages. Specifically, Defendants' refusal to pay benefits under a valid claim violated Article 21.21 section 4(10), in that its conduct was an unfair settlement practices against Lizzie Mae Solomon, as well as constituting misrepresenting the benefits promised by the policy, in violation of Article 21.21 section 4(1), Article 21.21, section 4(11).

## IX.

## FOURTH CAUSE OF ACTION:
## BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

Defendants, **Lincoln Corp. and Lincoln National**, jointly and/or severally, have breached their duty of good faith and fair dealing by denying Plaintiff's claims without any reasonable basis and by failing to conduct a reasonable investigation of Plaintiff's claims. Defendants' breach has been a producing and proximate cause of Plaintiff's actual damages.

## X.

## DAMAGES

Defendants' **Lincoln Corp. and Lincoln National** acts have been producing and proximate causes of damages to Plaintiff's in excess of the minimum jurisdictional limits of this court.

## XI.
## ADDITIONAL DAMAGES & PENALTIES

Defendants' **Lincoln Corp. and Lincoln National** conduct was committed knowingly. Accordingly, Defendant is liable for additional damages as authorized by Tex. Ins. Code Ann. Article 21.21, and the Texas Deceptive Trade Practices Act.

**Defendants Lincoln Corp and Lincoln National,** jointly and/or severally, acted with conscious indifference to the rights of Plaintiff in breaching its duty of good faith and fair dealing; therefore, **Defendants Lincoln Corp and Lincoln National** is liable for exemplary damages.

Plaintiff is entitled to the 12" o penalty allowed by Tex. Ins. Code Ann. Article 3.62-1, based on Defendants' refusal to pay his claim.

## XII.
## ATTORNEY'S FEES

Plaintiff is entitled to reasonable and necessary attorney's fees pursuant to Tex. Civ. P. 216.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, **LIZZIE MAE SOLOMON**, Individually and as Representative of the **ESTATE of CRAIG AVERY CARROLL, DECEASED**, Plaintiffs, respectfully prays that Defendants **LINCOLN NATIONAL CORPORATION d/b/a LINCOLN NATIONAL INSURANCE COMPANY** (Lincoln Corp.) and **LINCOLN NATIONAL INSURANCE COMPANY** (Lincoln National), Defendants, and would show the following, be cited to appear and answer herein and that upon trial of this cause, Plaintiff be awarded:

1.  Judgment against Defendant for Plaintiff's damages in the amount of $50,000.00;

2.  Exemplary and/or punitive damages in the amount of $50,000.00;

3.  Costs of Court;

4.  Attorneys' fees as plead; and

5.  Such other and further relief, general and special, to which Plaintiff may be entitled, either at law or in equity.

5

Respectfully submitted,

LAW OFFICES OF WAVERLY R. NOLLEY
& ASSOCIATES, P.C.


By: _____
        WAVERLY R. NOLLEY
        Texas Bar No.: 15067420
        MICHEAL A. JOHNSON
        Texas Bar No.: 10770800
        540 Heights Blvd., 2nd Floor
        Houston, Texas 77007
        Telephone:  (713) 880-2255
        Telecopier: (713) 880-0415

        ATTORNEYS FOR PLAINTIFF

6

Exhibit

A



The Lincoln National Life Insurance Company, PO Box 2649, Omaha, NE 68103-2649
toll-free (800) 423-2765  Fax (800) 462-4660
www.LFG.com

## TO BE COMPLETED BY THE BENEFICIARY

### Please type or print legibly—name and address as stated will appear on checks

Name _Lizzie_ _M._ _Salomon_        Sex: ☐ Male  ✔ Female
      First      Middle Initial      Last

Address _4350 ELMWOOD ST_ _____    Relationship to Deceased _SON-IN-LAW_
       Street                       Apartment No.    Home Phone ( _832_ ) _231-5585_

_HOUSTON_       _TEXAS_    _77051_        Daytime Phone ( _832_ ) _231-5585_
  City             State      Zip

Beneficiary's Social Security Number or        Date of Birth ▓▓▓▓▓ _4 0_
Taxpayer Identification Number ▓▓▓▓▓_0753_   Email Address       Month  Day  Year

If the amount payable to you is $5,000 or more, our usual method of payment is to open an Access Account, which gives you complete control of your funds. If the amount is below $5,000, you will be paid with a single check.

An Access Account is a personal, interest-bearing account, designed specifically for flexibility and security for your Life Insurance Benefits. An Access Account can be incredibly useful to you during this particularly stressful period. Determining what to do with insurance proceeds is an important decision that should not be rushed. So, instead of receiving a lump sum of money through the mail, you will receive a checkbook and the peace of mind that comes with knowing your benefit is secure and earning interest while you evaluate your options.

**Additional Benefits of the Access Account:**

**Safe**    All amounts of Life Insurance Benefits including interest earned, are fully protected and guaranteed by The Lincoln National Life Insurance Company.

**Free**    You will receive unlimited free checks as long as your Access Account is open. You may write checks for any amount over $250 and up to your full balance at any time. There are no fees for withdrawing any amount from your Access Account.

There are no annual or monthly fees associated with your account. The Access Account is completely free to have and use.

You will receive free monthly statements showing your account balance, interest earned, and transactions for the month.

**Interest**    Interest on your account balance is compounded daily and credited to the account on the 20th of every month. The interest rate is set competitively and is responsive to market conditions.

**Convenient**    When your balance falls below $1,250, we automatically close your account on the 20th of the month and send you a check for the remaining balance plus accrued interest. If you wish to close your account before then, just write a check for the entire account balance, and your account will be closed without penalty of loss of interest. Any remaining interest due to you will be mailed to you on the 20th of the month following the date your account is closed.

**Personalized Service**    Toll free number to speak with your personal Access Account Specialist for assistance with your account

I understand that The Lincoln National Life Insurance Company furnishes this form without waiving any defense the Company may have or admitting that any insurance is in force. I agree to furnish statements by physicians who attended or treated the deceased and all other documents requested by the Company as proof of death.

I have completed and attached the Authorization for Release of Information. A photocopy of this authorization shall be as valid as the original.

I certify, under penalty of perjury, that the Social Security Number or other Taxpayer Identification Number information listed above is correct. I understand that my signature may be used for signature verification for my Access Account and other purposes.

Signature _Lizzie Mae Salomon_       Date _04/11/2011_
    (sign as you would a check as signature may be used for check verification)

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01253PA

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically-related facility; coroner's office; insurance or reinsurance company; government agency; department of labor; law enforcement or public safety department; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Insured Name: **Solomon** (Last)  **Lizzie** (First)  **Mae** (Middle)

Date of Birth: _____ **/40**    Social Security Number: _____ **0753**

2. Claimant/Insured Information to be released
   - data or records regarding medical history, treatment, prescriptions, consultations, autopsy [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition(s)];
   - any information regarding insurance coverage; and
   - accident report or any official investigative reports (such as police, fire, FAA, OSHA, or toxicology report).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2649
   Omaha, NE 68103-2649

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for death benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - as otherwise may be required by law or as I may further authorize.
   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal law. For Colorado claims, the disclosed information may <u>not</u> be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1) the Company has taken action in reliance on this Authorization; or
   2) the Company is using this Authorization in connection with a contestable claim.
   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: **Lizzie Mae Solomon**    DATE: **04/11/2011**

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/insured is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: **Lizzie Mae Solomon**

Relationship to Claimant/Insured of personal/legal representative signing for Claimant/Insured: _____

ADDRESS: **4350 Glm wood St**
(Street)    PHONE NO: **(832) 231-5545**

**Houston** (City)    **Texas** (State)  **77051** (Zip Code)

# EXHIBIT A-3

Case 4:15-cv-02340   Document 1-1   Filed in TXSD on 08/13/15   Page 1 of 1

6/12/2015 10:12:17 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 5651606
By: CUERO, NELSON
Filed: 6/11/2015 9:20:25 PM

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____   COURT *(FOR CLERK USE ONLY):* _____

STYLED *Lizzie Mae Solomon, et al vs. Lincoln National...*
*(e.g. John Smith v. All American Insurance Co: In re Mary Ann Jones: In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Names of parties in case: | Person or entity completing sheet is: |
|---|---|

Name: *Michal A Dhurn*
Email: *majors.mdhx@hotmail.com*

Plaintiff(s)/Petitioner(s): *Lizzie Mae Solomon*

☑ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: _____

Address: *540 Heights Blvd 2nd Fl*
Telephone: *713-880-2255*

City/State/Zip: *Houston, TX 77007*
Fax: *713-880-0415*

Defendant(s)/Respondent(s): *Lincoln National Corporation, Lincoln National Life Insurance Company*

Additional Parties in Child Support Case:

Custodial Parent:

Non-Custodial Parent:

Presumed Father:

Signature: *Michal G Dhurn*
State Bar No: *10770800*

*[Attach additional page as necessary to list all parties]*

## 2. Indicate case type, or identify the most important issue in the case *(select only 1):*

### Civil

**Contract**
*Debt/Contract*
- ☑ Consumer/DTPA
- ☐ Debt/Contract
- ☐ Fraud/Misrepresentation
- ☐ Other Debt/Contract:

*Foreclosure*
- ☐ Home Equity—Expedited
- ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract:

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation
*Malpractice*
- ☐ Accounting
- ☐ Legal
- ☐ Medical
- ☐ Other Professional Liability:
- ☐ Motor Vehicle Accident
- ☐ Premises
*Product Liability*
- ☐ Asbestos/Silica
- ☐ Other Product Liability List Product:
- ☐ Other Injury or Damage:

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property:

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other:

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void
*Divorce*
- ☐ With Children
- ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other:

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child:

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment:

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other:

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

*Probate/Wills/Intestate Administration*
- ☐ Dependent Administration
- ☐ Independent Administration
- ☐ Other Estate Proceedings

**Probate & Mental Health**
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other:

## 3. Indicate procedure or remedy, if applicable *(may select more than 1):*

- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought *(do not select if it is a family law case):*

- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☑ Over $100,000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

GZJ KDKV'C/6"

6/12/2015 10:12:17 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 5651606
By: CUERO, NELSON
Filed: 6/11/2015 9:20:25 PM

## CIVIL PROCESS REQUEST

FOR EACH PARTY SERVED YOU MUST FURNISH ONE (1) COPY OF THE PLEADING
FOR WRITS FURNISH TWO (2) COPIES OF THE PLEADING PER PARTY TO BE SERVED

CASE NUMBER: _____  CURRENT COURT: _____

TYPE OF INSTRUMENT TO BE SERVED (See Reverse For Types): _Plantiff's Original Petition_

FILE DATE OF MOTION: _____ 6 __ / __ 11 __ / __ 2015 __
                          Month/        Day/        Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

1. NAME: _Lincoln National Corporation d/b/a Lincoln National Life Insurance Company_

   ADDRESS: _1300 Clinton Street, Fort Wayne, Indiana 46801_

   AGENT, (if applicable): _Secretary of State, Service of Process, P.O. Box 12079, Austin, TX 78711-2079_

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _Citation_

   SERVICE BY (check one):
   ☐ ATTORNEY PICK-UP              ☐ CONSTABLE
   ☑ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _Ron Harris_      Phone: _713-545-2336_
   ☐ MAIL                         ☐ CERTIFIED MAIL
   ☐ PUBLICATION:
      Type of Publication:  ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE: _____
   ☐ OTHER, explain _____

*******************************************************************************
****

2. NAME: _Lincoln National Life Insurance Company_

   ADDRESS: _8801 Indian Hills Drive, Omaha, Nebraska 68114-4066_

   AGENT, (if applicable): _Secretary of State, Service of Process, P.O. Box 12079, Austin, TX 78711-2079_

TYPE OF SERVICE/PROCESS TO BE ISSUED (see reverse for specific type): _Citation_

   SERVICE BY (check one):
   ☐ ATTORNEY PICK-UP              ☐ CONSTABLE
   ☑ CIVIL PROCESS SERVER - Authorized Person to Pick-up: _Ron Harris_      Phone: _713-545-2336_
   ☐ MAIL                         ☐ CERTIFIED MAIL
   ☐ PUBLICATION:
      Type of Publication:  ☐ COURTHOUSE DOOR, or
                            ☐ NEWSPAPER OF YOUR CHOICE: _____
   ☐ OTHER, explain _____

---

ATTORNEY (OR ATTORNEY'S AGENT) REQUESTING SERVICE:

NAME: _Micheal A. Johnson_                    TEXAS BAR NO./ID NO. _10770800_

MAILING ADDRESS: _540 Heights Blvd, 2nd Floor, Houston, TX 77007_

PHONE NUMBER: _713_ _880-2255_        FAX NUMBER: _713_ _880-0415_
              area code  phone number              area code  fax number

EMAIL ADDRESS: _majors-nolley@hotmail.com_

SERVICE REQUESTS WHICH CANNOT BE PROCESSED BY THIS OFFICE WILL BE HELD FOR 30 DAYS PRIOR TO CANCELLATION.  FEES WILL BE REFUNDED ONLY UPON REQUEST, OR AT THE DISPOSITION OF THE CASE.  SERVICE REQUESTS MAY BE REINSTATED UPON APPROPRIATE ACTION BY THE PARTIES.

INSTRUMENTS TO BE SERVED:
(Fill In Instrument Sequence Number, i.e. 1st, 2nd, etc.)

ORIGINAL PETITION
_____ AMENDED PETITION
_____ SUPPLEMENTAL PETITION

COUNTERCLAIM
_____ AMENDED COUNTERCLAIM
_____ SUPPLEMENTAL COUNTERCLAIM

CROSS-ACTION:
_____ AMENDED CROSS-ACTION
_____ SUPPLEMENTAL CROSS-ACTION

THIRD-PARTY PETITION:
_____ AMENDED THIRD-PARTY PETITION
_____ SUPPLEMENTAL THIRD-PARTY PETITION

INTERVENTION:
_____ AMENDED INTERVENTION
_____ SUPPLEMENTAL INTERVENTION

INTERPLEADER
_____ AMENDED INTERPLEADER
_____ SUPPLEMENTAL INTERPLEADER

INJUNCTION

MOTION TO MODIFY

SHOW CAUSE ORDER

TEMPORARY RESTRAINING ORDER

BILL OF DISCOVERY:
    ORDER TO: _____
                        (specify)
    MOTION TO: _____
                        (specify)

PROCESS TYPES:

NON WRIT:
CITATION
ALIAS CITATION
PLURIES CITATION
SECRETARY OF STATE CITATION
COMMISSIONER OF INSURANCE
HIGHWAY COMMISSIONER
CITATION BY PUBLICATION
NOTICE
SHORT FORM NOTICE

PRECEPT (SHOW CAUSE)
RULE 106 SERVICE

SUBPOENA

WRITS:
ATTACHMENT (PROPERTY)
ATACHMENT (WITNESS)
ATTACHMENT (PERSON)

CERTIORARI

EXECUTION
EXECUTION AND ORDER OF SALE

GARNISHMENT BEFORE JUDGMENT
GARNISHMENT AFTER JUDGMENT

HABEAS CORPUS
INJUNCTION
TEMPORARY RESTRAINING ORDER

PROTECTIVE ORDER (FAMILY CODE)
PROTECTIVE ORDER (CIVIL CODE)

POSSESSION (PERSON)
POSSESSION (PROPERTY)

SCIRE FACIAS
SEQUESTRATION
SUPERSEDEAS

# EXHIBIT A-5

4/30/2015 11:33:38 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6289908
By: DAVIA FORD
Filed: 7/30/2015 11:33:38 AM

CAUSE NO. 201533830

RECEIPT NO.          0.00     CIV
        **********       TR # 73141012

PLAINTIFF: SOLOMON, LIZZIE MAE (INDIVIDUALLY AND AS REPRESENT     In The   334th
     vs.                                               Judicial District Court
DEFENDANT: LINCOLN NATIONAL CORPORATION (DBA LINCOLN NATIONAL   of Harris County, Texas
                                                          334TH DISTRICT COURT
                                                          Houston, TX

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)

THE STATE OF TEXAS
County of Harris

TO: LINCOLN NATIONAL CORPORATION (DBA LINCOLN NATIONAL INSURANCE COMPANY)
   BY SERVING THE TEXAS SECRETARY OF STATE P O BOX 12079 AUSTIN, TEXAS 78711-
   2079 FORWARD TO:
   1300 S CLINTON STREET   FORT WAYNE IN 46801

     Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION</u>

This instrument was filed on the <u>11th day of June, 2015</u>, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
     This citation was issued on 17th day of June, 2015, under my hand and
seal of said Court.

<u>Issued at request of:</u>                      CHRIS DANIEL, District Clerk
JOHNSON, MICHEAL ANTHONY                 Harris County, Texas
540 HEIGHTS BLVD                          201 Caroline       Houston, Texas 77002
HOUSTON, TX 77007                     (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 880-2255
<u>Bar No.</u>: 10770800                   GENERATED BY: TEZENO, CHARLIE    CMA//10120790

OFFICER/AUTHORIZED PERSON RETURN

        Received on the _____ day of _____, _____, at _____ o'clock _____ .M., and

executed the same in _____ County, Texas, on the _____ day of _____, _____, at

_____ o'clock _____.M., by summoning the _____,

         by delivering to _____, in person _____

a corporation <
         by leaving in the principal office during office hours

_____ of the said _____

a true copy of this notice, together with accompanying copy of

Serving _____ copy _____ $ _____

_____          By _____
         Affiant                            Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                            _____
                            Notary Public

N.INT.SECCN.P

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **334th Judicial District Court**

Case Number: 201533830

Plaintiff:
**LIZZIE MAE SOLOMON**

vs.

Defendant:
**LINCOLN NATIONAL CORPORATION D/B/A LINCOLN NATIONAL INSURANCE COMPANY**

For:
Michael Anthony Johnson
540 Heights Blvd
Houston, TX 77007

Received by On Time Process Service on the 13th day of July, 2015 at 8:00 am to be served on **Lincoln National Corporation D/B/A Lincoln National Insurance Company c/o Texas Secretary of State, 1019 Brazos Street, Austin, TX 78701**.

I, Pat Young, being duly sworn, depose and say that on the **17th day of July, 2015** at **11:30 am, I:**

Executed service to the **TEXAS SECRETARY OF STATE** by delivering a true copy and duplicate copy of the **Citation, Copy of Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me, to: **Venita Okpegbue, of Texas Secretary of State** at **1019 Brazos Street, Austin, TX 78701**, as a designated acceptance agent for the Texas Secretary of State for service of process to **Lincoln National Corporation D/B/A Lincoln National Insurance Company**.  An administrative fee of $55.00 was also tendered.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 17th day of July, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**ADDIE SCHUELING**
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-07-16

**Pat Young**
SCH-5863  Exp-9/30/2015

**On Time Process Service**
**1700 Pacific Ave**
**Suite 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2015002600
Ref: LIZZIE SOLOMAN

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t



7/30/2015 11:33:38 AM
Chris Daniel - District Clerk Harris County
Envelope No. 6289908
By: DAVIA FORD
Filed: 7/30/2015 11:33:38 AM

CAUSE NO. 201533830

| | RECEIPT NO. | 0.00 | CIV |

********** TR # 73141014

PLAINTIFF: SOLOMON, LIZZIE MAE (INDIVIDUALLY AND AS REPRESENT
vs.
DEFENDANT: LINCOLN NATIONAL CORPORATION (DBA LINCOLN NATIONAL

In The   334th
Judicial District Court
of Harris County, Texas
334TH DISTRICT COURT
Houston, TX

CITATION (SECRETARY OF STATE CORPORATE NON-RESIDENT)
THE STATE OF TEXAS
County of Harris

TO: LINCOLN NATIONAL LIFE INSURANCE COMPANY BY SERVING THE TEXAS SECRETARY
    OF STATE P O BOX 12079 AUSTIN, TEXAS 78711-2079 FORWARD TO:
    8801 INDIAN HILLS DRIVE  OMAHA NE 681184066

    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 11th day of June, 2015, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED,  You may employ an attorney.  If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 17th day of June, 2015, under my hand and
seal of said Court.

Issued at request of:
JOHNSON, MICHEAL ANTHONY
540 HEIGHTS BLVD
HOUSTON, TX 77007
Tel: (713) 880-2255
Bar No.: 10770800

CHRIS DANIEL, District Clerk
Harris County, Texas
201 Caroline     Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)

GENERATED BY: TEZENO, CHARLIE   CMA//10120790

OFFICER/AUTHORIZED PERSON RETURN

    Received on the ____ day of _____, _____, at _____ o'clock ____ .M., and

executed the same in _____ County, Texas, on the ____ day of _____, _____, at

_____ o'clock _____.M., by summoning the _____,

        by delivering to _____, in person _____

a corporation <
        by leaving in the principal office during office hours
_____ of the said _____

a true copy of this notice, together with accompanying copy of

serving _____ copy _____ $ _____

_____              By _____
            Affiant                                              Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared . After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this ____ day of _____, _____.

                                              _____
                                                      Notary Public

N.INT.SECCN.P

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Harris**                    **334th Judicial District Court**

Case Number: 201533830

Plaintiff:
**LIZZIE MAE SOLOMON**

vs.

Defendant:
**LINCOLN NATIONAL CORPORATION D/B/A LINCOLN NATIONAL INSURANCE COMPANY**

For:
Michael Anthony Johnson
540 Heights Blvd
Houston, TX 77007

Received by On Time Process Service on the 13th day of July, 2015 at 8:00 am to be served on **Lincoln National Life Insurance Company c/o Texas Secretary of State, 1019 Brazos Street, Austin, TX 78701**.

I, Pat Young, being duly sworn, depose and say that on the **17th day of July, 2015** at **11:31 am, I:**

Executed service to the **TEXAS SECRETARY OF STATE** by delivering a true copy and duplicate copy of the **Citation, Copy of Plaintiff's Original Petition** with the date and hour of service endorsed thereon by me, to: **Venita Okpegbue, of Texas Secretary of State at 1019 Brazos Street, Austin, TX 78701**, as a designated acceptance agent for the Texas Secretary of State for service of process to **Lincoln National Life Insurance Company**. An administrative fee of $55.00 was also tendered.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 17th day of
July, 2015 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**ADDIE SCHUELING**
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-07-16

**Pat Young**
SCH-5863   Exp-9/30/2015

**On Time Process Service**
**1700 Pacific Ave**
**Suite 1040**
**Dallas, TX 75201**
**(214) 740-9999**

Our Job Serial Number: ONT-2015002601
Ref: LIZZIE SOLOMAN

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t

