Case 4:15-cv-02340 Document 20 Filed in TXSD on 12/09/15 Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LIZZIE MAE SOLOMON, § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:15-CV-2340 |
| § § | |
| THE LINCOLN NATIONAL LIFE § INSURANCE COMPANY and § LINCOLN NATIONAL CORPORATION, § § | |
| Defendants. § § | |

## FINAL JUDGMENT

For the reasons stated in Magistrate Judge Mary Milloy's Memorandum and Recommendation which was adopted by this Court by Order signed on December 8, 2015, this action is **DISMISSED with prejudice**.

**THIS IS A FINAL JUDGMENT.**

The Clerk will enter this Order and provide all parties with a true copy.

SIGNED on this the 9th day of December, 2015, at Houston, Texas.

_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**